# EXHIBIT B

**Patent Claims Analysis**

**of**

**US9280689: "Method and apparatus for conducting offline commerce transactions"**

**against**

**McDonald's Rewards Program**

# US9280689B2

United States

Inventor Marvin T. Ling

Current Assignee Individual

Worldwide applications

2011  WO ~~EP~~ US

| PCT/US11/47862 | Claims priority from a provisional application | 61/385,022 | 09/21/2010 |
|---|---|---|---|

Total patentTerm Adjustments

arrow_upward

101days

CLAIMS

1. A method for conducting offline electronic commerce transactions having a vendor barcode scanner and a vendor cash register comprising:

(a) providing a personal code to a person for their use to purchase goods;

(b) converting said personal code into barcode format to form a User ID Barcode, said User ID Barcode corresponding to said personal code and including at least one special character to distinguish the barcode as a User ID Barcode from a product barcode;

(c) storing said personal code in said User ID Barcode format by said person for use to purchase goods and storing said personal code in a User Vendor Management Server to permit purchases to be made at a vendor;

(d) establishing a User Account in a User Vendor Management Server corresponding to said personal code;

(e) depositing funds in said User Account to establish a credit limit;

(f) conducting purchases at vendors each having a vendor server wherein each purchase includes scanning product barcodes including product price and said User ID Barcode with a product barcode scanner at the vendor cash register and transmitting both product barcodes and User ID Barcode to said vendor server;

(g) detecting the User ID Barcode at the vendor server and forwarding the ID Barcode and purchase price to said User Vendor Management Server;

(h) comparing the purchase price with the funds in said User Vendor Management Server to determine if there are available funds within the credit limit in the User Vendor Management Server account, and if there are, sending an approval signal to the vendor server;

(i) forwarding the approval signal to the vendor cash register; and

(i) repeating steps (f) through (i) for subsequent purchase transactions using said User ID Barcode.

User ID Barcode <> product barcode

special character distinguishes between User ID Barcode and product barcode

| Row | Claim Element | Contention |
|-----|---------------|------------|
| 1.0 | 1. A method for conducting offline electronic commerce transactions having a vendor barcode scanner and a vendor cash register comprising: | *McDonald's Rewards Program has a method for conducting offline electronic commerce transactions having a vendor barcode scanner and a vendor cash register.* |

### MyMcDonald's Rewards

Download the app and join MyMcDonald's Rewards to earn bonus points on your McDonald's orders—then, start getting fave after fave for free.* Gain enough points and you'll have options like a free McChicken®, free Fries or even a free Big Mac®.

*At participating McDonald's. Refer to MyMcDonald's Program Terms for details. Must opt in to Rewards.

**Free**

**large Fries**
w/ $1 min. purchase
when u download the
McD's app

### Free large Fries w/ $1 min. purchase

Free large Fries to keep you company. Download the app and **get 'em with your first purchase** of $1+.* Every $1 you spend earns 100 points, redeemable for free food.

*Offer valid 1x thru the last day of month for first time app users at participating McDonald's. May take up to 48 hours to appear in your deals. Must opt in to Rewards. Excludes tax.

Get Free Large Fries in the App

<https://www.mcdonalds.com/us/en-us/mymcdonalds.html>

Saved **347 times** between June 7, 2021 and April 8, 2025.

2012 2013 2014 2015 2016 2017 2018 2019 2020 **2021** 2022 2023 2024 2025



| | | |
|---|---|---|
| | | **Dictionary**<br><br>Definitions from Oxford Languages · Learn more<br><br>🔊 **trans·ac·tion**<br>/tranˈzakSHən,tran(t)ˈsakSHən/<br><br>*noun*<br>noun: **transaction**; plural noun: **transactions**<br><br>• an instance of buying or selling something; a business deal.<br>  "in an ordinary commercial transaction a delivery date is essential"<br>  Similar: deal · business · agreement · undertaking · affair · arrangement ⌄<br>• the action of conducting business.<br>  Similar: negotiation · conduct · conducting · carrying out · performance ⌄<br>• an exchange or interaction between people.<br>  "intellectual transactions in the classroom"<br>• published reports of proceedings at the meetings of a learned society.<br>  Similar: proceedings · affairs · concerns · dealings · matters · activities ⌄<br>• an input message to a computer system that must be dealt with as a single unit of work.<br><br><*https://www.google.com/search?q=transaction+define*> |
| 1.1 | (a) providing a personal code to a person for their use to purchase goods; | *(a) providing a **personal code** **["you log in to our app"]** to a person for their use to **purchase** **["eligible purchase"]** goods.*<br><br>*For example, McDonald's Rewards Program allows a person to log into the app so they can earn rewards for eligible purchases.* |
| | | ***personal code*** *["you log in to our app"]*<br><br>We're sorry about your phone! Contact your service provider and once you have a new phone, your MyMcDonald's Rewards should still be waiting for you when you log in to our app.<br><*https://www.mcdonalds.com/us/en-us/mymcdonalds.html*> |
| | | ***purchase goods*** *["eligible purchase"]*<br><br>Yes! You earn points on every eligible purchase, so if you're redeeming a reward and ordering more food in addition to that, you will still earn 100 points for every dollar you spend.<br><*https://www.mcdonalds.com/us/en-us/mymcdonalds.html*> |

| 1.2 | (b) converting said personal code into barcode format to form a User ID Barcode, said User ID Barcode corresponding to said personal code and including at least one special character to distinguish the barcode as a User ID Barcode from a product barcode; | *(b) converting said **personal code** ["you log in to our app"] into barcode format to form a **User ID Barcode** ["online services account" + "QR code"], said **User ID Barcode** ["online services account" + "QR code"] corresponding to said **personal code** ["you log in to our app"] and including at least one **special character** [DIFFERENT CODES] to distinguish the barcode as a **User ID Barcode** ["online services account" + "QR code"] from a **product barcode** ["barcode on the Offer page"].*<br><br>*For example, in McDonald's Rewards Program, when you log in to the app, your login information is converted into a barcode format that creates an online account represented by a unique QR code. This QR code includes special codes that differentiate it from other barcodes, such as those shown on the Offer page.* |
|  |  | ***personal code*** *["you log in to our app"]*<br>We're sorry about your phone! Contact your service provider and once you have a new phone, your MyMcDonald's Rewards should still be waiting for you when <u>you log in to</u> <u>our app</u>.<br>*<[https://www.mcdonalds.com/us/en-us/mymcdonalds.html](https://www.mcdonalds.com/us/en-us/mymcdonalds.html)>* |
|  |  | ***User ID Barcode*** *["online services account" + "QR code"]*<br>Once enrolled in the program, when you identify your online services account at the time of purchase, you will earn 100 points for every $1 U.S. dollar spent on qualifying purchases. You can identify your <u>online services</u> <u>account</u> at the time of purchase by any way that we recognize, such as: (a) making a purchase using the Mobile Order & Pay feature of the mobile app, (b) scanning a <u>QR code</u> at a register or kiosk, or (c) giving the code displayed in your account to the restaurant crew person who is taking your order.<br>*<[https://www.mcdonalds.com/us/en-us/terms-and-conditions.html#rewards-terms](https://www.mcdonalds.com/us/en-us/terms-and-conditions.html#rewards-terms)>* |
|  |  | ***special character*** *[DIFFERENT CODES]*<br><br>*User ID Barcode:* *special character = "\|"*<br>**OFFER\|6001\|S2IZ6N96\|40455\|3DE60666DD49B0817C945734D67DADF6**<br><br>*product barcode:*<br>**M748007** |



| | | *User ID Barcode = "your code"* | *product barcode = "Big Mac", "McChicken"* |

| | | *product barcode* [*"barcode on the Offer page"*] |
|---|---|---|
| | | b. scan the resulting QR/barcode on the Offer page at cashier |
| | | point at a participating McDonald's restaurant prior to making |
| | | payment . |
| | | <*https://www.mcdonalds.com/ie/en-ie/terms-and-conditions/digital-sales-promotion.html*> |
| 1.3 | (c) storing said personal code in said User ID Barcode format by said person for use to purchase goods and storing said personal code in a User Vendor Management Server to permit purchases to be made at a vendor; | *(c) storing said* **personal code** ***["you log in to our app"]*** *in said* **User ID Barcode** ***["online services account" + "QR code"]*** *format by said person for use to* **purchase** ***["eligible purchase"]*** *goods and storing said* **personal code** ***["you log in to our app"]*** *in a* **User Vendor Management Server** ***["online services"]*** *to permit* **purchase** ***["eligible purchase"]****s to be made at a vendor.* *For example, McDonald's Rewards Program stores your login information as a unique online account with a QR code. This account is then used to track and authorize your* |

*eligible purchases at participating vendors.*

***personal code*** *["you log in to our app"]*

    We're sorry about your phone! Contact your service provider and once you have a new phone, your MyMcDonald's Rewards should still be waiting for you when you log in to <u>our app</u>.

*<https://www.mcdonalds.com/us/en-us/mymcdonalds.html>*

***User ID Barcode*** *["online services account" + "QR code"]*

    Once enrolled in the program, when you identify your online services account at the time of purchase, you will earn 100 points for every $1 U.S. dollar spent on qualifying purchases. You can identify your online services account at the time of purchase by any way that we recognize, such as: (a) making a purchase using the Mobile Order & Pay feature of the mobile app, (b) scanning a QR code at a register or kiosk, or (c) giving the code displayed in your account to the restaurant crew person who is taking your order.

*<https://www.mcdonalds.com/us/en-us/terms-and-conditions.html#rewards-terms>*

***purchase goods*** *["eligible purchase"]*

    Yes! You earn points on every eligible purchase, so if you're redeeming a reward and ordering more food in addition to that, you will still earn 100 points for every dollar you spend.

*<https://www.mcdonalds.com/us/en-us/mymcdonalds.html>*

***User Vendor Management Server*** *["online services"]*

| | | |
|---|---|---|
| | | You are responsible for any devices, software and services needed to use the <u>online services</u>. McDonald's does not guarantee that the online services will fully function on any particular device or with any particular software. You are also responsible for any messaging and data charges, fees, and taxes for your use of the online services, including when we communicate with you by text, email, or other means that you choose. You may only use the online services with devices that you own or control and using only the authorized operating system (e.g., Apple iPhone OS for Apple devices). If you create an online services account, you are responsible for keeping the account secure and for all activity under the account. You can only use one online services account and must keep your account information accurate at all times. An email may be required to create an online services account. You are not permitted to register multiple accounts under multiple email addresses. <*https://www.mcdonalds.com/us/en-us/terms-and-conditions.html#rewards-terms*> |
| 1.4 | (d) establishing a User Account in a User Vendor Management Server corresponding to said personal code; | *(d) establishing a* **User Account ["online services account"]** *in a* **User Vendor Management Server ["online services"]** *corresponding to said* **personal code ["you log in to our app"]**.<br><br>*For example, McDonald's Rewards Program creates an online account that is directly linked to the login you use in our app.* |
| | | ***User Account*** *["online services account"]*<br>You are responsible for any devices, software and services needed to use the online services. McDonald's does not guarantee that the online services will fully function on any particular device or with any particular software. You are also responsible for any messaging and data charges, fees, and taxes for your use of the online services, including when we communicate with you by text, email, or other means that you choose. You may only use the online services with devices that you own or control and using only the authorized operating system (e.g., Apple iPhone OS for Apple devices). If you create an <u>online services account</u>, you are responsible for keeping the account secure and for all activity under the account. You can only use one online services account and must keep your account information accurate at all times. An email may be required to create an online services account. You are not permitted to register multiple accounts under multiple email addresses. <*https://www.mcdonalds.com/us/en-us/terms-and-conditions.html#rewards-terms*> |

| | | |
|---|---|---|
| | | ***User Vendor Management Server*** *["online services"]*<br><br>You are responsible for any devices, software and services needed to use the <u>online services</u>. McDonald's does not guarantee that the online services will fully function on any particular device or with any particular software. You are also responsible for any messaging and data charges, fees, and taxes for your use of the online services, including when we communicate with you by text, email, or other means that you choose. You may only use the online services with devices that you own or control and using only the authorized operating system (e.g., Apple iPhone OS for Apple devices). If you create an online services account, you are responsible for keeping the account secure and for all activity under the account. You can only use one online services account and must keep your account information accurate at all times. An email may be required to create an online services account. You are not permitted to register multiple accounts under multiple email addresses.<br><*https://www.mcdonalds.com/us/en-us/terms-and-conditions.html#rewards-terms*> |
| | | ***personal code*** *["you log in to our app"]*<br><br>We're sorry about your phone! Contact your service provider and once you have a new phone, your MyMcDonald's Rewards should still be waiting for you when <u>you log in to our app</u>.<br><*https://www.mcdonalds.com/us/en-us/mymcdonalds.html*> |
| 1.5 | (e) depositing funds in said User Account to establish a credit limit<br>; | *(e) depositing funds in said **User Account** **["online services account"]** to establish a **credit limit** **["If you have enough points"]***<br><br>*For example, in McDonald's Rewards Program, if you have enough points, funds are deposited into your online account to establish a redeemable balance for eligible purchases.* |
| | | ***User Account*** *["online services account"]* |

You are responsible for any devices, software and services needed to use the online services. McDonald's does not guarantee that the online services will fully function on any particular device or with any particular software. You are also responsible for any messaging and data charges, fees, and taxes for your use of the online services, including when we communicate with you by text, email, or other means that you choose. You may only use the online services with devices that you own or control and using only the authorized operating system (e.g., Apple iPhone OS for Apple devices). If you create an online services account, you are responsible for keeping the account secure and for all activity under the account. You can only use one online services account and must keep your account information accurate at all times. An email may be required to create an online services account. You are not permitted to register multiple accounts under multiple email addresses. <*https://www.mcdonalds.com/us/en-us/terms-and-conditions.html#rewards-terms*>

**credit limit** [*"If you have enough points"*]

You can exchange your points for rewards for free products on the Rewards Menu (each a "reward"), which you can then use at participating restaurants. You must use the McDonald's app or other online services in order to exchange your points for rewards. If you have enough points for a reward, the reward will be unlocked in the online services and be available for a points exchange. Potential rewards for which you don't have enough points may be displayed but locked. Once you select a reward and exchange your points for it, the number of points for that reward will be temporarily deducted from your account and the reward will be displayed in your account. The reward will temporarily remain in your account until you redeem it for a product, and if you do not, it will be converted back to points. When you redeem the reward for which you exchanged points, the points will be permanently deducted from your account and will not be refunded to your account for any reason, even if your order is cancelled. You cannot exchange points for more than one reward at a time. When you redeem your reward for a product, you are obtaining that product directly from the participating restaurant, not from other Members of the McDonald's System. <*https://www.mcdonalds.com/us/en-us/terms-and-conditions.html#rewards-terms*>

| 1.6 | (f) conducting purchases at vendors each having a vendor server wherein each purchase includes scanning product barcodes including product price and said User ID Barcode with a product barcode scanner at the vendor cash register and transmitting both product barcodes and User ID Barcode to said vendor server; | *(f) conducting **purchase** ["eligible purchase"]s at vendors each having a **vendor server** ["online services"] wherein each **purchase** ["eligible purchase"] includes scanning **product barcode** ["barcode on the Offer page"]s including **product price** ["prices"] and said **User ID Barcode** ["online services account" + "QR code"] with a **product barcode** ["barcode on the Offer page"] **scanner** ["register or kiosk"] at the **vendor cash register** ["register or kiosk"] and transmitting both **product barcode** ["barcode on the Offer page"]s and **User ID Barcode** ["online services account" + "QR code"] to said **vendor server** ["online services"].* |
|---|---|---|
| | | *For example, in McDonald's Rewards Program, when you make an eligible purchase, the vendor's system uses an online service to process your transaction. At the register or kiosk, you scan the barcode shown on the Offer page (which displays prices) along with your unique QR code from your online account. Both codes are then transmitted to the online service to record the purchase and update your rewards account.* |
| | | ***purchases*** *["eligible purchase"]*<br><br>    Yes! You earn points on every <u>eligible purchase</u>, so if you're redeeming a reward and ordering more food in addition to that, you will still earn 100 points for every dollar you spend.<br><br>    <https://www.mcdonalds.com/us/en-us/mymcdonalds.html> |
| | | ***vendor server*** *["online services"]*<br><br>    You are responsible for any devices, software and services needed to use the <u>online services</u>. McDonald's does not guarantee that the online services will fully function on any particular device or with any particular software. You are also responsible for any messaging and data charges, fees, and taxes for your use of the online services, including when we communicate with you by text, email, or other means that you choose. You may only use the online services with devices that you own or control and using only the authorized operating system (e.g., Apple iPhone OS for Apple devices). If you create an online services account, you are responsible for keeping the account secure and for all activity under the account. You can only use one online services account and must keep your account information accurate at all times. An email may be required to create an online services account. You are not permitted to register multiple accounts under multiple email addresses.<br><br>    *<https://www.mcdonalds.com/us/en-us/terms-and-conditions.html#rewards-terms>* |
| | | ***purchase*** *["eligible purchase"]* |

Yes! You earn points on every eligible purchase, so if you're redeeming a reward and ordering more food in addition to that, you will still earn 100 points for every dollar you spend.

<https://www.mcdonalds.com/us/en-us/mymcdonalds.html>

***product barcodes*** *["barcode on the Offer page"]*

       b. scan the resulting QR/barcode on the Offer page at cashier point at a participating McDonald's restaurant prior to making payment .

*<https://www.mcdonalds.com/ie/en-ie/terms-and-conditions/digital-sales-promotion.html>*

***product price*** *["prices"]*

Each restaurant independently determines its own prices and independently applies any additional taxes and fees as required by law. Certain offers and pricing may not be available for all orders at all locations. In the event you discover an error in the price of a product charged to you, please contact the restaurant where you purchased the product to seek a refund of the difference.

*<https://www.mcdonalds.com/us/en-us/terms-and-conditions.html#rewards-terms>*

***User ID Barcode*** *["online services account" + "QR code"]*

Once enrolled in the program, when you identify your online services account at the time of purchase, you will earn 100 points for every $1 U.S. dollar spent on qualifying purchases. You can identify your online services account at the time of purchase by any way that we recognize, such as: (a) making a purchase using the Mobile Order & Pay feature of the mobile app, (b) scanning a QR code at a register or kiosk, or (c) giving the code displayed in your account to the restaurant crew person who is taking your order.

*<https://www.mcdonalds.com/us/en-us/terms-and-conditions.html#rewards-terms>*

***product barcode*** *["barcode on the Offer page"]*

       b. scan the resulting QR/barcode on the Offer page at cashier point at a participating McDonald's restaurant prior to making payment .

*<https://www.mcdonalds.com/ie/en-ie/terms-and-conditions/digital-sales-*

| | | |
|---|---|---|
| | | *promotion.html*> |
| | | ***scanner*** *["register or kiosk"]*<br><br>Once enrolled in the program, when you identify your online services account at the time of purchase, you will earn 100 points for every $1 U.S. dollar spent on qualifying purchases. You can identify your online services account at the time of purchase by any way that we recognize, such as: (a) making a purchase using the Mobile Order & Pay feature of the mobile app, (b) scanning a QR code at a <u>register or kiosk</u>, or (c) giving the code displayed in your account to the restaurant crew person who is taking your order. <*https://www.mcdonalds.com/us/en-us/terms-and-conditions.html#rewards-terms*> |
| | | ***vendor cash register*** *["register or kiosk"]*<br><br>Once enrolled in the program, when you identify your online services account at the time of purchase, you will earn 100 points for every $1 U.S. dollar spent on qualifying purchases. You can identify your online services account at the time of purchase by any way that we recognize, such as: (a) making a purchase using the Mobile Order & Pay feature of the mobile app, (b) scanning a QR code at a <u>register or kiosk</u>, or (c) giving the code displayed in your account to the restaurant crew person who is taking your order. <*https://www.mcdonalds.com/us/en-us/terms-and-conditions.html#rewards-terms*> |
| 1.7 | (g) detecting the User ID Barcode at the vendor server and forwarding the ID Barcode and purchase price to said User Vendor Management Server; | *(g) detecting the **User ID Barcode** **["online services account" + "QR code"]** at the **vendor server** **["online services"]** and forwarding the ID Barcode and **purchase** **["eligible purchase"]** price to said **User Vendor Management Server** **["online services"]**.*<br><br>*For example, in McDonald's Rewards Program, the system detects your unique online account QR code and then forwards your ID barcode along with the eligible purchase price to the online service for processing.* |
| | | ***User ID Barcode*** *["online services account" + "QR code"]* |

Once enrolled in the program, when you identify your online services account at the time of purchase, you will earn 100 points for every $1 U.S. dollar spent on qualifying purchases. You can identify your <u>online services account</u> at the time of purchase by any way that we recognize, such as: (a) making a purchase using the Mobile Order & Pay feature of the mobile app, (b) scanning a <u>QR code</u> at a register or kiosk, or (c) giving the code displayed in your account to the restaurant crew person who is taking your order. <*[https://www.mcdonalds.com/us/en-us/terms-and-conditions.html#rewards-terms](https://www.mcdonalds.com/us/en-us/terms-and-conditions.html#rewards-terms)*>

***vendor server*** *["online services"]*

You are responsible for any devices, software and services needed to use the <u>online services</u>. McDonald's does not guarantee that the online services will fully function on any particular device or with any particular software. You are also responsible for any messaging and data charges, fees, and taxes for your use of the online services, including when we communicate with you by text, email, or other means that you choose. You may only use the online services with devices that you own or control and using only the authorized operating system (e.g., Apple iPhone OS for Apple devices). If you create an online services account, you are responsible for keeping the account secure and for all activity under the account. You can only use one online services account and must keep your account information accurate at all times. An email may be required to create an online services account. You are not permitted to register multiple accounts under multiple email addresses. <*[https://www.mcdonalds.com/us/en-us/terms-and-conditions.html#rewards-terms](https://www.mcdonalds.com/us/en-us/terms-and-conditions.html#rewards-terms)*>

***ID Barcode*** *["online services account" + "QR code"]*

Once enrolled in the program, when you identify your online services account at the time of purchase, you will earn 100 points for every $1 U.S. dollar spent on qualifying purchases. You can identify your <u>online services account</u> at the time of purchase by any way that we recognize, such as: (a) making a purchase using the Mobile Order & Pay feature of the mobile app, (b) scanning a <u>QR code</u> at a register or kiosk, or (c) giving the code displayed in your account to the restaurant crew person who is taking your order. <*[https://www.mcdonalds.com/us/en-us/terms-and-conditions.html#rewards-terms](https://www.mcdonalds.com/us/en-us/terms-and-conditions.html#rewards-terms)*>

***purchase price*** *["prices"]*

| | | |
|---|---|---|
| | | Each restaurant independently determines its own <u>prices</u> and independently applies any additional taxes and fees as required by law. Certain offers and pricing may not be available for all orders at all locations. In the event you discover an error in the price of a product charged to you, please contact the restaurant where you purchased the product to seek a refund of the difference.<br>*<https://www.mcdonalds.com/us/en-us/terms-and-conditions.html#rewards-terms>* |
| | | ***User Vendor Management Server*** *["online services"]*<br>You are responsible for any devices, software and services needed to use the <u>online services</u>. McDonald's does not guarantee that the online services will fully function on any particular device or with any particular software. You are also responsible for any messaging and data charges, fees, and taxes for your use of the online services, including when we communicate with you by text, email, or other means that you choose. You may only use the online services with devices that you own or control and using only the authorized operating system (e.g., Apple iPhone OS for Apple devices). If you create an online services account, you are responsible for keeping the account secure and for all activity under the account. You can only use one online services account and must keep your account information accurate at all times. An email may be required to create an online services account. You are not permitted to register multiple accounts under multiple email addresses.<br>*<https://www.mcdonalds.com/us/en-us/terms-and-conditions.html#rewards-terms>* |
| 1.8 | (h) comparing the purchase price with the funds in said User Vendor Management Server to determine if there are available funds within the credit limit in the User Vendor Management Server account, and if there are, sending an approval signal to the vendor server; | *(h) comparing the* ***purchase*** ***["eligible purchase"]*** *price with the funds in said* ***User Vendor Management Server*** ***["online services"]*** *to determine if there are available funds within the* ***credit limit*** ***["If you have enough points"]*** *in the* ***User Vendor Management Server ["online services"]*** *account, and if there are, sending an* ***approval signal*** ***["reward will be unlocked"]*** *to the* ***vendor server*** ***["online services"]***.*<br><br>*For example, in McDonald's Rewards Program, the system compares the eligible purchase price with the available points in your online account. If you have enough points, the system unlocks a reward for you.* |
| | | ***purchase price*** ***["prices"]*** |

Each restaurant independently determines its own prices and independently applies any additional taxes and fees as required by law. Certain offers and pricing may not be available for all orders at all locations. In the event you discover an error in the price of a product charged to you, please contact the restaurant where you purchased the product to seek a refund of the difference.

<*https://www.mcdonalds.com/us/en-us/terms-and-conditions.html#rewards-terms*>

**User Vendor Management Server** *["online services"]*

You are responsible for any devices, software and services needed to use the online services. McDonald's does not guarantee that the online services will fully function on any particular device or with any particular software. You are also responsible for any messaging and data charges, fees, and taxes for your use of the online services, including when we communicate with you by text, email, or other means that you choose. You may only use the online services with devices that you own or control and using only the authorized operating system (e.g., Apple iPhone OS for Apple devices). If you create an online services account, you are responsible for keeping the account secure and for all activity under the account. You can only use one online services account and must keep your account information accurate at all times. An email may be required to create an online services account. You are not permitted to register multiple accounts under multiple email addresses.

<*https://www.mcdonalds.com/us/en-us/terms-and-conditions.html#rewards-terms*>

**credit limit** *["If you have enough points"]*

You can exchange your points for rewards for free products on the Rewards Menu (each a "reward"), which you can then use at participating restaurants. You must use the McDonald's app or other online services in order to exchange your points for rewards. If you have enough points for a reward, the reward will be unlocked in the online services and be available for a points exchange. Potential rewards for which you don't have enough points may be displayed but locked. Once you select a reward and exchange your points for it, the number of points for that reward will be temporarily deducted from your account and the reward will be displayed in your account. The reward will temporarily remain in your account until you redeem it for a product, and if you do not, it will be converted back to points. When you redeem the reward for which you exchanged points, the points will be permanently deducted from your account and will not be refunded to your account for any reason, even if your order is cancelled. You cannot exchange points for more than one reward at a time. When you redeem your reward for a product, you are obtaining that product directly from the participating restaurant, not from other Members of the McDonald's System.
<*https://www.mcdonalds.com/us/en-us/terms-and-conditions.html#rewards-terms*>

**approval signal** *["reward will be unlocked"]*

You can exchange your points for rewards for free products on the Rewards Menu (each a "reward"), which you can then use at participating restaurants. You must use the McDonald's app or other online services in order to exchange your points for rewards. If you have enough points for a reward, the reward will be unlocked in the online services and be available for a points exchange. Potential rewards for which you don't have enough points may be displayed but locked. Once you select a reward and exchange your points for it, the number of points for that reward will be temporarily deducted from your account and the reward will be displayed in your account. The reward will temporarily remain in your account until you redeem it for a product, and if you do not, it will be converted back to points. When you redeem the reward for which you exchanged points, the points will be permanently deducted from your account and will not be refunded to your account for any reason, even if your order is cancelled. You cannot exchange points for more than one reward at a time. When you redeem your reward for a product, you are obtaining that product directly from the participating restaurant, not from other Members of the McDonald's System. <*https://www.mcdonalds.com/us/en-us/terms-and-conditions.html#rewards-terms*>

***vendor server*** *["online services"]*
You are responsible for any devices, software and services needed to use the online services. McDonald's does not guarantee that the online services will fully function on any particular device or with any particular software. You are also responsible for any messaging and data charges, fees, and taxes for your use of the online services, including when we communicate with you by text, email, or other means that you choose. You may only use the online services with devices that you own or control and using only the authorized operating system (e.g., Apple iPhone OS for Apple devices). If you create an online services account, you are responsible for keeping the account secure and for all activity under the account. You can only use one online services account and must keep your account information accurate at all times. An email may be required to create an online services account. You are not permitted to register multiple accounts under multiple email addresses. <*https://www.mcdonalds.com/us/en-us/terms-and-conditions.html#rewards-terms*>

| 1.9 | (i) forwarding the approval signal to the vendor cash register; and | *(i) forwarding the* **approval signal** *["reward will be unlocked"] to the* **vendor cash register** *["register or kiosk"].*<br><br>*For example, in McDonald's Rewards Program, once a reward is unlocked, it is sent to the register or kiosk so that you can redeem it immediately.* |
|---|---|---|
| | | **approval signal** *["reward will be unlocked"]*<br>You can exchange your points for rewards for free products on the Rewards Menu (each a "reward"), which you can then use at participating restaurants. You must use the McDonald's app or other online services in order to exchange your points for rewards. If you have enough points for a reward, the <u>reward will be unlocked</u> in the online services and be available for a points exchange. Potential rewards for which you don't have enough points may be displayed but locked. Once you select a reward and exchange your points for it, the number of points for that reward will be temporarily deducted from your account and the reward will be displayed in your account. The reward will temporarily remain in your account until you redeem it for a product, and if you do not, it will be converted back to points. When you redeem the reward for which you exchanged points, the points will be permanently deducted from your account and will not be refunded to your account for any reason, even if your order is cancelled. You cannot exchange points for more than one reward at a time. When you redeem your reward for a product, you are obtaining that product directly from the participating restaurant, not from other Members of the McDonald's System.<br><*[https://www.mcdonalds.com/us/en-us/terms-and-conditions.html#rewards-terms](https://www.mcdonalds.com/us/en-us/terms-and-conditions.html#rewards-terms)*> |
| | | **vendor cash register** *["register or kiosk"]*<br>Once enrolled in the program, when you identify your online services account at the time of purchase, you will earn 100 points for every $1 U.S. dollar spent on qualifying purchases. You can identify your online services account at the time of purchase by any way that we recognize, such as: (a) making a purchase using the Mobile Order & Pay feature of the mobile app, (b) scanning a QR code at a <u>register or kiosk</u>, or (c) giving the code displayed in your account to the restaurant crew person who is taking your order.<br><*[https://www.mcdonalds.com/us/en-us/terms-and-conditions.html#rewards-terms](https://www.mcdonalds.com/us/en-us/terms-and-conditions.html#rewards-terms)*> |

| 1.10 | (i) repeating steps (f) through (i) for subsequent purchase transactions using said User ID Barcode. | *(i) repeating steps (f) through (i) for subsequent **purchase** **["eligible purchase"]** transactions using said **User ID Barcode** **["online services account" + "QR code"].*** |
|---|---|---|
| | | *For example, in McDonald's Rewards Program, the entire process—scanning the barcode and QR code, transmitting purchase data, verifying funds, and unlocking rewards—is repeated for each subsequent eligible purchase made using your online account.* |
| | | ***purchase transactions*** *["eligible purchase"]* |
| | | Yes! You earn points on every eligible purchase, so if you're redeeming a reward and ordering more food in addition to that, you will still earn 100 points for every dollar you spend. |
| | | <https://www.mcdonalds.com/us/en-us/mymcdonalds.html> |
| | | ***User ID Barcode*** *["online services account" + "QR code"]* |
| | | Once enrolled in the program, when you identify your online services account at the time of purchase, you will earn 100 points for every $1 U.S. dollar spent on qualifying purchases. You can identify your online services account at the time of purchase by any way that we recognize, such as: (a) making a purchase using the Mobile Order & Pay feature of the mobile app, (b) scanning a QR code at a register or kiosk, or (c) giving the code displayed in your account to the restaurant crew person who is taking your order. |
| | | <*https://www.mcdonalds.com/us/en-us/terms-and-conditions.html#rewards-terms*> |
| | | • ***PRODUCT/SERVICE = "McDonald's Rewards Program"*** |
| | | • ***approval signal = "reward will be unlocked"*** <br> • ***credit limit = "If you have enough points"*** <br> • ***personal code = "you log in to our app"*** <br> • ***product barcode = "barcode on the Offer page"*** <br> • ***product barcodes = "barcode on the Offer page"*** <br> • ***product price = "prices"*** <br> • ***purchase = "eligible purchase"*** <br> • ***purchase goods = "eligible purchase"*** <br> • ***purchase price = "prices"*** <br> • ***purchase transactions = "eligible purchase"*** <br> • ***purchases = "eligible purchase"*** <br> • ***scanner = "register or kiosk"*** <br> • ***special character = DIFFERENT CODES*** <br> • ***User Account = "online services account"*** <br> • ***User ID Barcode = "online services account" + "QR code"*** |

|  |  | <ul><li>***User Vendor Management Server = "online services"***</li><li>***vendor cash register = "register or kiosk"***</li><li>***vendor server = "online services"***</li></ul> |
|---|---|---|