IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| WOLVERINE BARCODE IP, LLC,<br>Plaintiff,<br><br>v.<br><br>MCDONALD'S CORPORATION,<br>Defendant | Civil Action No. 7:25-cv-00316<br><br><br>JURY TRIAL DEMANDED |

## NOTICE OF RELATED CASES

Please be advised that the attached "Exhibit A" contains all related cases. The cases are related by common entity, Wolverine Barcode IP, LLC, and common patents.

Respectfully submitted,

*/s/ William P. Ramey, III*
William P. Ramey, III
Ramey LLP
Texas State Bar No. 24027643
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
(713) 426-3923 (telephone)
(832) 900-4941 (fax)
wramey@rameyfirm.com

**Attorneys for Wolverine Barcode IP, LLC**

1