# EXHIBIT A

| Case Title | Case Number | Court | Date Filed |
|---|---|---|---|
| Wolverine Barcode IP, LLC v. Costco Wholesale Corporation | 7:2024cv00307 | Texas Western District Court | 11/27/2024 |
| Wolverine Barcode IP, LLC v. 7-Eleven, Inc. | 7:2024cv00207 | Texas Western District Court | 05/01/2024 |