# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | |
|---|---|
| **WOLVERINE BARCODE IP, LLC,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 7:25-cv-00316 |
| § | |
| **MCDONALD'S CORPORATION,** § | |
| § | |
| Defendant. § | |

## NOTICE OF APPEARANCE OF ASHLEY MOORE

PLEASE TAKE NOTICE that Ashley Moore with the law firm of Greenberg Traurig, LLP enters her appearance as counsel on behalf of Defendant McDonald's Corporation and requests that copies of all notices, motions, and other filings be directed to the following address:

> Ashley N. Moore
> State Bar No. 2407478
> Ashley.moore@gtlaw.com
> GREENBERG TRAURIG, LLP
> 2200 Ross Avenue, Suite 5200
> Dallas, Texas 75201
> Telephone: (214) 665-3600
> Fax: (214) 665-3601

Respectfully submitted,

**GREENBERG TRAURIG, LLC**

By: <u>*/s/ Ashley Moore*</u>
    Ashley N. Moore
    State Bar No. 2407478
    Ashley.moore@gtlaw.com
    2200 Ross Avenue
    Suite 5200
    Dallas, Texas 75201
    Telephone: (214) 665-3600
    Fax: (214) 665-3601

*Counsel for Defendant McDonald's Corporation.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was served on all parties via the Court's CM/ECF System on this the 23rd day of July, 2025.

    <u>*/s/ Ashley Moore*</u>
    Ashley Moore