AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| WOLVERINE BARCODE IP, LLC <br><br> *Plaintiff(s)* <br> v. <br> MCDONALDS' CORPORATION <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 7:25-cv-00316 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* MCDONALDS' CORPORATION
c/o Registered Agent
The Prentice-Hall Corporation System, Inc.
251 Little Falls Drive
Wilmington, Delaware 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   William P. Ramey, III
RAMEY LLP
5020 Montrose Blvd.
Suite 800
Houston, Texas 77006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 07/18/2025

*Signature of Clerk or Deputy Clerk*

SERVICE RETURN ATTACHED

ATX Process, LLC
1411 West 6th Street
Austin, TX 78703

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 7:25-cv-00316

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____                    _____
                                          *Server's signature*

                                          _____
                                          *Printed name and title*

**SERVICE RETURN ATTACHED**

                                          _____
                                          *Server's address*

Additional information regarding attempted service, etc:

ATX Process, LLC
1411 West 6th Street
Austin, TX 78703

## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### Western District of Texas

Case Number: 7:25-CV-00316-DC

Plaintiff:
**Wolverine Barcode IP LLC**
vs.
Defendant:
**McDonald's Corporation**

For: Ramey LLP

Received these papers on the 7th day of August, 2025 at 12:07 pm to be served on McDonald's Corporation by serving its registered agent, The Prentice-Hall Corporation System, Inc., 251 Little Falls Drive, Wilmington, New Castle County, DE 19808. I, __KEVIN S. DUNN__, being duly sworn, depose and say that on the __7__ day of AUGUST, 20__25__ at __3__:__45__ P.m., executed service by delivering a true copy of the **Summons in a Civil Action with Plaintiff's Original Complaint for Patent Infringement and Exhibits A and B** in accordance with state statutes in the manner marked below:

(X) CORPORATE SERVICE: By delivering to __LYNANNE GARES__ (individual accepting) as __MANAGING AGENT__ (title), at __251 LITTLE FALLS DRIVE__ (street), __WILMINGTON__ (city), __DE__ (state) __19808__ (zip code) __NEW CASTLE__ (county).

( ) PUBLIC AGENCY: By delivering to _____ (individual accepting) as _____ (title) of the within-named agency at _____ (street), _____ (city), _____ (state) _____ (zip code) _____ (county).

( ) SUBSTITUTE SERVICE: By delivering to _____ (individual accepting) as _____ (relationship/title) at _____ (street), _____ (city), _____ (state) _____ (zip code) _____ (county).

( ) GOVERNMENT AGENCY: By delivering to _____ (individual accepting) as _____ (title) of the within-named agency at _____ (street), _____ (city), _____ (state) _____ (zip code) _____ (county).

( ) NON SERVICE: For the reason detailed in the comments below.

**COMMENTS:** _____

I certify that I am over the age of 18, have no interest in the above action, and have the proper authority in the jurisdiction in which this process was delivered. The facts in this affidavit are within my personal knowledge and true and correct.

KEVIN S. DUNN

Subscribed and sworn to before me on the __7__ day of __AUGUST__, __2025__ by the affiant who is personally known to me.

_____
NOTARY PUBLIC

PROCESS SERVER # __1985__
Appointed in accordance with State Statutes

Our Job Serial Number: 2025008702
Ref: Wolverine Barcode v McDonalds

DENORRIS ANGELO BRITT
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires May 1, 2028

ATX Process, LLC
1411 W 6th Street
Austin, TX 78703
(512) 717-5600