IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| WOLVERINE BARCODE IP, LLC, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 7:25-cv-00316 |
| § | |
| MCDONALD'S CORPORATION, § | |
| § | |
| Defendant. § | |

### DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

McDonald's Corporation ("McDonald's") hereby moves the Court for a 30-day extension of time up to and including **September 29, 2025** to respond to Plaintiff's Complaint. McDonald's seeks this extension for good cause, and not for purposes of delay.

McDonald's was served with the Complaint on August 7, 2025, making their current response deadline August 28, 2025. *See* Fed.R.Civ.P. 12. The extension to September 29, 2025 is a 30-day extension. Counsel for McDonald's conferred with counsel for Plaintiff on August 14, 2025, and confirmed that Plaintiff is unopposed to the requested extension.

McDonald's therefore respectfully requests that the Court grant this unopposed motion and allow it until September 29, 2025 to respond to Plaintiff's Original Complaint.

DATED: August 14, 2025                                    Respectfully submitted,

                                                          GREENBERG TRAURIG, LLC

                                                          By: */s/ Ashley Moore*
                                                              Ashley N. Moore
                                                              State Bar No. 2407478

1

Ashley.moore@gtlaw.com<br>
2200 Ross Avenue<br>
Suite 5200<br>
Dallas, Texas 75201<br>
Telephone: (214) 665-3600<br>
Fax: (214) 665-3601

*Counsel for Defendant McDonald's Corporation*

### CERTIFICATE OF CONFERENCE

I certify that on Thursday, August 14, 2025 I conferred with counsel for Wolverine Barcode IP, LLC who confirmed that Wolverine Barcode IP, LLC does not oppose this request.

*/s/ Ashley Moore*
Ashley Moore

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was served on all parties via the Court's CM/ECF System on this the 14th day of August, 2025.

*/s/ Ashley Moore*
Ashley Moore

2

ACTIVE 713888080v1