IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| **WOLVERINE BARCODE IP, LLC,** | § |
| *Plaintiff,* | § |
| v. | § CASE NO. 7:25-CV-00316-DC-DTG |
| **MCDONALD'S CORPORATION,** | § |
| *Defendant,* | § |

### ORDER GRANTING FIRST MOTION FOR EXTENION OF TIME TO RESPOND TO THE COMPLAINT (DKT. NO. 10)

Before the Court is the defendant, McDonald's Corporation's first unopposed motion for an extension of time to respond to the complaint (Dkt. No. 10). The defendant requests a thirty (30) day extension of time to respond to the complaint. Having considered the motion, the Court finds that the motion should be **GRANTED**.

It is **ORDERED** that the defendant shall have until September 29, 2025 to respond to the complaint.

**SIGNED** this 26th day of August, 2025.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE