IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **WOLVERINE BARCODE IP, LLC,** | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 7:25-cv-00316-DC-DTG |
| **MCDONALD'S CORPORATION,** | § § § | |
| Defendant. | § § | |

### [PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM

Before the Court is Defendant McDonald's Corporation's Motion to Dismiss the Complaint Pursuant to Fed. R. Civ. P. 12(b)(6). Having considered the motion and opposition, and for good cause shown, the Court is of the opinion that it should be and therefore is GRANTED. It is THEREFORE ORDERED that Plaintiff Wolverine Barcode IP, LLC's Complaint against McDonald's Corporation is hereby DISMISSED.

_____
Derek T. Gilliland
United States Magistrate Judge