**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| **WOLVERINE BARCODE IP, LLC,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 7:25-cv-00316-DC-DTG** |
| | § | |
| **MCDONALD'S CORPORATION,** | § | |
| | § | |
| **Defendant.** | § | |

### MCDONALD'S CORPORATION'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant McDonald's Corporation ("McDonald's") makes the following disclosures:

1. McDonald's is a public corporation organized under the laws of the State of Delaware. McDonald's has no parent company.

2. No publicly held company or corporation owns ten percent (10%) or more of McDonald's stock.

Dated: September 29, 2025

Respectfully submitted,

**GREENBERG TRAURIG, LLC**

By: */s/ Ashley Moore*
    Ashley N. Moore
    State Bar No. 2407478
    Ashley.moore@gtlaw.com
    2200 Ross Avenue
    Suite 5200
    Dallas, Texas 75201
    Telephone: (214) 665-3600
    Fax: (214) 665-3601

***Counsel for Defendant McDonald's Corporation***