**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| **WOLVERINE BARCODE IP, LLC,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | **Civil Action No. 7:25-cv-00316** |
| | § | |
| **MCDONALD'S CORPORATION,** | § | |
| | § | |
| **Defendant.** | § | |

## NOTICE OF APPEARANCE OF ZACHARY ELLIS

PLEASE TAKE NOTICE that Zachary Ellis with the law firm of Greenberg Traurig, LLP enters his appearance as counsel on behalf of Defendant McDonald's Corporation and requests that copies of all notices, motions, and other filings be directed at the following address:

> Zachary H. Ellis
> State Bar No. 24122606
> Zak.Ellis@gtlaw.com
> GREENBERG TRAURIG, LLP
> 2200 Ross Avenue, Suite 5200
> Dallas, Texas 75201
> Telephone: (214) 665-3600
> Fax: (214) 665-3601

Respectfully submitted,

**GREENBERG TRAURIG, LLC**

By: */s/ Zachary Ellis*
    Zachary H. Ellis
    State Bar No. 24122606
    Zak.Ellis@gtlaw.com
    2200 Ross Avenue
    Suite 5200
    Dallas, Texas 75201
    Telephone: (214) 665-3600
    Fax: (214) 665-3601

*Counsel for Defendant McDonald's
Corporation.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was served on all parties via the Court's CM/ECF System on this the 23rd day of October, 2025.

_/s/ Zachary Ellis_
Zachary Ellis