IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| **WOLVERINE BARCODE IP, LLC,**<br>    Plaintiff,<br><br>v.<br><br>**MCDONALDS' CORPORATION,**<br>    Defendant | Civil Action No. 7:25-cv-00316-DC-DTG<br><br><br><br>JURY TRIAL DEMANDED |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS

Wolverine Barcode IP, LLC files this Motion for Extension of Time to Respond to Defendant, McDonalds' Corporation, Motion to Dismiss Plaintiff's First Amended Complaint for Failure to State a Claim or, In the Alternative, for a More Definite Statement, ECF 17. Plaintiff contacted Defendant's counsel and requested an extension for the same, and Defendant is unopposed. Plaintiff files this motion unopposed and agreed, to the same, to allow a 2-week extension of time to respond to the Motion to Dismiss up to and including November 24, 2025.

Respectfully submitted,

**Ramey LLP**

*/s/ William P. Ramey, III*
William P. Ramey, III
Texas State Bar No. 24027643
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
(713) 426-3923 (telephone)
(832) 900-4941 (fax)
wramey@rameyfirm.com

***Attorneys for Wolverine Barcode IP, LLC***

**CERTIFICATE OF CONFERENCE**

I hereby certify that on November 6, 2025, I conferred with Defendant's counsel concerning this motion and extension of time to respond to Motion to Disiss and they have no opposition to this extension.

                                                */s/ William P. Ramey, III*
                                                William P. Ramey, III

**CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure, I hereby certify that all counsel of record who have appeared in this case are being served on this day of November 6, 2025, with a copy of the foregoing and ECF filing.

                                                */s/ William P. Ramey, III*
                                                William P. Ramey, III