# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | |
|---|---|
| **WOLVERINE BARCODE IP, LLC,**<br>      Plaintiff,<br><br>v.<br><br>**MCDONALDS' CORPORATION,**<br>      Defendant | Civil Action No. 7:25-cv-00316-DC-DTG<br><br>**JURY TRIAL DEMANDED** |

## ORDER ON UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS

The Court having considered this Unopposed Motion for Extension for Plaintiff To Respond to Defendant's Motion to Dismiss Plaintiff's First Amended Complaint for Failure to State a Claim or, In the Alternative, for a More Definite Statement, ECF 17, in this matter including November 24, 2025, and that Defendant does not oppose this motion, the Motion is for Extension is hereby GRANTED.

Signed this ___ day of _____, 2025.

_____
Honorable Judge Presiding

1