IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| **WOLVERINE BARCODE IP, LLC,** | § |
| *Plaintiff,* | § |
| v. | § CASE NO. 7:25-CV-00316-DC-DTG |
| **MCDONALD'S CORPORATION,** | § |
| *Defendant,* | § |

### ORDER GRANTING PLAINTIFF'S UNOPPOSED FIRST MOTION FOR AN EXTENSION OF TIME TO FILE RESPONSE (DKT. NO. 18)

Before the Court is the plaintiff, Wolverine Barcode IP, LLC's unopposed first motion for an extension of time to respond to the defendant, McDonald's Corporation's motion to dismiss first amended complaint (Dkt. No. 18). The plaintiff requests a fourteen (14) day extension of time to respond to the defendant's motion to dismiss (Dkt. No. 17). Having considered the motion, the Court finds that the motion should be **GRANTED**.

It is **ORDERED** that the plaintiff, Wolverine Barcode IP, LLC, shall respond to the defendant's motion to dismiss on or before November 24, 2025.

**SIGNED** this 12th day of November, 2025.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE