**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| **WOLVERINE BARCODE IP, LLC,**<br>    **Plaintiff,**<br><br>**v.**<br><br>**MCDONALD'S CORPORATION,**<br>    **Defendant** | **Civil Action No. 7:25-cv-00316-DC-DTG** |

<u>**UNOPPOSED MOTION TO STAY ALL DEADLINES AND
NOTICE OF SETTLEMNT**</u>

Plaintiff, Wolverine Barcode IP, LLC ("Wolverine") and Defendant, McDonald's Corporation, ("Defendant" or "McDonald's") stipulate to Stay All Deadlines because the parties have reached an agreement in principle to resolve this matter. The parties require additional time to finalize the agreement and to dismiss the case. Therefore, the parties respectfully request that all hearings and deadlines between the parties be stayed for 30 days.

DATED: November 12, 2025

Respectfully submitted,

**Ramey LLP**

By: _/s/ William P. Ramey, III_
    William P. Ramey, III
    Texas Bar No. 24027643
    5020 Montrose Blvd., Suite 800
    Houston, Texas 77006
    (713) 426-3923 (telephone)
    (832) 900-4941 (fax)
    wramey@rameyfirm.com

***Attorneys for Wolverine Barcode IP, LLC***

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with counsel for Defendants on November 12, 2025, and Defendant is unopposed to this motion.

*/s/ William P. Ramey, III*
William P. Ramey, III

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 12, 2025, a true and correct copy of the forgoing has been forwarded to all counsel of record via CM/ECF filing in accordance with the Federal Rules of Civil Procedure.

*/s/ William P. Ramey, III*
William P. Ramey, III