IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| **WOLVERINE BARCODE IP, LLC,**<br>     **Plaintiff,**<br><br>**v.**<br><br>**MCDONALD'S CORPORATION,**<br>     **Defendant** | Civil Action No. 7:25-cv-00316-DC-DTG |

## ORDER ON UNOPPOSED MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

This Court, having considered Unopposed Motion to Stay All Deadlines (the "Motion"), hereby GRANTS the Motion and ORDERS the following: All deadlines are hereby STAYED.

SIGNED this _____ day of _____ 2025.

_____
HONORABLE JUDGE PRESIDING