IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **WOLVERINE BARCODE IP, LLC,** | § | |
| *Plaintiff,* | § | |
| v. | § | CASE NO. 7:25-CV-00316-DC-DTG |
| **MCDONALD'S CORPORATION,** | § | |
| *Defendant,* | § | |

### ORDER STAYING CASE

Before the Court is the plaintiff's unopposed motion to stay and notice of settlement (Dkt. No. 20). It is **ORDERED** that all unreached deadlines are **STAYED** until December 15, 2025. On or before that date, the parties are **ORDERED** to file the appropriate dismissal paperwork or move for entry of an amended scheduling order.

**SIGNED** this 14th day of November, 2025.

DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE