# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### MIDLAND/ODESSA DIVISION

| | |
|---|---|
| **WOLVERINE BARCODE IP, LLC,**<br>     Plaintiff,<br><br>v.<br><br>**MCDONALD'S CORPORATION,**<br>     Defendant | Civil Action No. 7:25-cv-00316-DC-DTG |

## SECOND UNOPPOSED MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMNT

Plaintiff, Wolverine Barcode IP, LLC ("Wolverine") and Defendant, McDonald's Corporation, ("Defendant" or "McDonald's") stipulate to Stay All Deadlines because the parties have reached an agreement in principle to resolve this matter. The parties require additional time to finalize the agreement and to dismiss the case. Therefore, the parties respectfully request that all hearings and deadlines between the parties be stayed for another 30 days.

DATED: December 15, 2025              Respectfully submitted,

                                     **Ramey LLP**

                              By: */s/ William P. Ramey, III*
                                  William P. Ramey, III
                                  Texas Bar No. 24027643
                                  5020 Montrose Blvd., Suite 800
                                  Houston, Texas 77006
                                  (713) 426-3923 (telephone)
                                  (832) 900-4941 (fax)
                                  wramey@rameyfirm.com

                                  *Attorneys for Wolverine Barcode IP, LLC*

-2-

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with counsel for Defendants on December 15, 2025, and Defendant is unopposed to this motion.

*/s/ William P. Ramey, III*
William P. Ramey, III

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 15, 2025, a true and correct copy of the forgoing has been forwarded to all counsel of record via CM/ECF filing in accordance with the Federal Rules of Civil Procedure.

*/s/ William P. Ramey, III*
William P. Ramey, III
