**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| **WOLVERINE BARCODE IP, LLC,** | § | |
| *Plaintiff,* | § | |
| | § | |
| *v.* | § | **CASE NO. 7:25-CV-00316-DC-DTG** |
| | § | |
| **MCDONALD'S CORPORATION,** | § | |
| *Defendant,* | § | |

**ORDER STAYING CASE**

Before the Court is the plaintiff's second unopposed motion to stay and notice of settlement (Dkt. No. 22). The parties request additional time to finalize the agreement and to dismiss the case. Having considered the motion, the Court finds that the motion should be **GRANTED-IN-PART.**

It is **ORDERED** that all unreached deadlines are **STAYED** until December 30, 2025. On or before that date, the parties are **ORDERED** to file the appropriate dismissal paperwork or move for entry of an amended scheduling order.

**SIGNED** this 16th day of December, 2025.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE